IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| IN RE: | : | Chapter: 13 |
| | : | |
| LAWRENCE B. MARTIN, | : | CASE NO: 13-41947-LWD |
| RAINA C. MARTIN | : | |
| A/K/A RAINA C. DENISON, | | |
| Debtors. | | |

## WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW, CITIMORTGAGE, INC. ("Creditor"), by and through its attorney, files this Withdrawal of Motion for Relief from Automatic Stay and respectfully shows the Court:

1. Creditor filed a Motion for Relief from Automatic Stay ("Motion) on March 9, 2015 [Docket No. 43].

2. Creditor does not wish to prosecute the Motion at this time and hereby withdraws the Motion.

The undersigned requests that the Court and parties-in-interest take note that such Motion is withdrawn.

Date: April 29, 2015

/s/ Ryan Starks, Esquire
Ryan Starks, Esquire
Georgia Bar No. 676512
Phelan Hallinan Diamond & Jones, PLLC
11675 Great Oaks Way
Suite 375
Alpharetta, GA 30022
Tel: 770-393-4300 Ext 60024
Fax: 770-393-4310
Email: ryan.starks@phelanhallinan.com
GASD.bankruptcy@phelanhallinan.com

Chapter: 13

Case No: 13-41947-LWD

In Re:

LAWRENCE B. MARTIN and RAINA C. MARTIN A/K/A RAINA C. DENISON, Debtors

I, Ryan Starks, Esquire, certify that a true and correct copy of the attached WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY was served upon the following person(s) via first class mail U.S. Postage paid or by electronic notification.

RAINA C. MARTIN
111 WHEELSTONE WAY
GUYTON, GA 31312

LAWRENCE B. MARTIN
111 WHEELSTONE WAY
GUYTON, GA 31312

JOHN E. PYTTE
PO BOX 949
HINESVILLE, GA, 31310

O. BYRON MEREDITH, III, TRUSTEE
P.O. BOX 10556
SAVANNAH, GA 31412


Date: April 29, 2015                    /s/ Ryan Starks, Esquire
                                        Ryan Starks, Esquire
                                        Georgia Bar No. 676512
                                        Phelan Hallinan Diamond & Jones, PLLC
                                        11675 Great Oaks Way
                                        Suite 375
                                        Alpharetta, GA 30022
                                        Tel: 770-393-4300 Ext 60024
                                        Fax: 770-393-4310
                                        Email: ryan.starks@phelanhallinan.com
                                        GASD.bankruptcy@phelanhallinan.com